IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE GABRIEL HERNANDEZ BARRETO

XXX-XX-6152

Debtor(s)

CASE NO. 11-06441 ESL

Chapter 7

FILED & ENTERED ON 10/18/2011

## O R D E R

The court having considered the application of the Noemi Landrau Rivera, Trustee to employ Realtor and declaration in support thereof, and it appearing that Andres R. Reyes, Real Estate Broker is a disinterested person and that the employment of said Realtor is in the best interest of this estate, it is hereby

ORDERED that the Noemi Landrau Rivera, Trustee herein is authorized to employ Andres R. Reyes, Real Estate Broker as Realtor, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

SO ORDERED.

San Juan, Puerto Rico, this 18 day of October, 2011.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
PEDRO E VAZQUEZ MELENDEZ
NOEMI LANDRAU
UST
ANDRES R. REYES