IN THE UNITED STATES BANKRUPTCY COURT
FOR THE PUERTO RICO

| IN RE:<br><br>**HERNANDEZ BARRETO, JOSE G.**<br><br>DEBTOR(S) | CASE NUMBER: **11-06441- ESL**<br><br>(Chapter 7) |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| 2006 DODGE CHARGER | $16,625.00 | $6,890.84 | $9,993.00 | $0.00 | $(258.84) |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1) Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

DATED: APRIL 27, 2012

/s/ Noemi Landrau-Rivera
Noemi Landrau-Rivera
Po Box 270219
San Juan, PR 00927-0219
(787) 774-0224



CARIBE FEDERAL CREDIT UNION
195 O'NEILL STREET
SAN JUAN, PUERTO RICO 00918-2404

Transaction Date/Time: 05/28/2011 08:15

Branch: main
Teller ID: airam
Session #: 13460806
Member Number: xxxxxxxx81

JOSE G HERNANDEZ BARRETO

### Checks In
Local Check: 782.71

### Checks In
Local Check: 292.82

### Purchase Item(s)
escription: Money Order
Amount: 135.00

### Misc. Fee
Fee: Money Order Fee
Amount: 2.00

### Cash Back
Cash Back: 779.67

### Loan Payment
Member: JOSE G HERNANDEZ BARRETO
Loan #: 2
Loan Type: Used Auto Loan

Loan Payment: 158.86

Paid to Interest: 29.74
Paid to Principal: 123.25
Paid to Fees: 5.87
Current Balance: 6890.84
Next Payment Date: 05/27/11
Next Payment Amount: 152.99

Member Signature

## Clasificados Online

New Search - Nueva Busqueda

### Dodge, CHARGER del 2006 Puerto Rico
Clasificados de Dodge en Puerto Rico, Modelo CHARGER, del 2006

Dodge, CHARGER del 2006 Puerto Rico



Dodge
CHARGER
Auto

2006
$13,995
RT/V8 HEMI/AUT/BF
Millaje/Mileage - LIQUIDACION/EXTRACLEAN

SHARE

Area: Isabela
Contacto
ISABELA AUTO IMPORTS Usados
SR. ACEVEDO
7876096125
7875122153

Número de Anuncio
3614409

Necesitas un
Prestamo
o Seguro



Oprima la foto para agrandar

Dodge Puerto Rico CHARGER, LLAMA AL 7875525533 PARA PRECUALIFICARTE/REQ.PRONTO

Oprima Aqui para Imprimir esta pagina - Click here to Print this page

### AS#404: NO AD FOUND IN ROTATION

Dodge, CHARGER del 2006 Puerto Rico, Dodge Puerto Rico CHARGER