UNITED STATES BANKRUPTCY COURT
FOR THE Puerto Rico

| | |
|---|---|
| In Re: | ) |
| HERNANDEZ BARRETO, JOSE GABRIEL  ) | 11-06441    -ESL |
| SSN: XXX-XX-6152  ) | Chapter 7 |
| ) | |
| ) | |
| Debtor(s).  ) | |

## TRUSTEE INTERIM REPORT

The Trustee, hereby files her Individual Estate Property Record and Report (Form 1) for the five month reporting period ending 07/23/2012. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property): This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs. Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values: Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets. Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs: Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment. This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset. Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Abandoned: If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset. An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a). An entry of "DA" indicates that the property will be abandoned at closing of the case under 11 U.S.C. 554 (c).

Column 5: Sales/Funds Received by the Estate: Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets: When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6. For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale. Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information: Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: July 23, 2012                    Respectfully Submitted,

/s/ Noemi Landrau-Rivera

Noemi Landrau-Rivera, #215510, Chapter 7 Trustee
PO Box 270219
San Juan, PR  009270219
787-774-0224/ Fax 787-793-1004
E-Mail: nlandrau@landraulaw.com

**AMENDED FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 11-06441 ESL | Judge: ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | Noemi Landrau-Rivera |
|---|---|---|---|---|
| Case Name: | HERNANDEZ BARRETO, JOSE GABRIEL | | Date Filed (f) or Converted (c): | 07/29/11 (f) |
| | | | 341(a) Meeting Date: | 08/31/11 |
| For Period Ending: 07/23/12 | | | Claims Bar Date: | 12/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 159,000.00 | 26,281.00 | | 0.00 | 26,281.00 |
| Apartment 209-E Cond. Caprivilla, San Juan, PR | | | | | |
| Property marketed by Trustee pending sale | | | | | |
| 2. SECURITY DEPOSIT | 75.00 | 0.00 | OA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 4. COLLECTION BOOKS (HOBBY) | 400.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. 2006 DODGE CHARGER | 16,625.00 | 0.00 | OA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $179,700.00 | $26,281.00 | | $0.00 | $26,281.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending sale of real estate.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 12/01/13

/s/ Noemi Landrau-Rivera
_____ Date: 07/23/12
NOEMI LANDRAU-RIVERA

LFORM1

Ver: 16.02b